IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROXIE ANN WINDGASSEN,

       Appellant,

v.

EQUITY CAPITAL LENDING
PARTNERS I, LLC,

       Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-428

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
Harvey L. Jay, III, Judge.

Roxie Ann Windgassen, pro se.

Bruce R. Jacobs of Wedderburn & Jacobs, P. A., Hollywood, for Appellee.


PER CURIAM.

      AFFIRMED.

B.L. THOMAS, RAY, and OSTERHAUS, JJ., CONCUR.